IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                  Cr. No. H-23-586

CLINTON HARNDEN

### UNOPPOSED MOTION FOR CONTINUANCE

Clinton Harnden, moves this Court for a 60-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Clinton Harnden is charged with receipt of child pornography and possession of child pornography. The pretrial motions deadline is March 21, 2025; the pretrial conference is set for April 14, 2025, at 8:30 a.m., and trial is set for April 21, 2025, at 9:00 a.m.

Undersigned counsel needs more time to review discovery, conduct any independent investigation, and to consult with Mr. Harnden. There are certain legal and factual issues in this case that require further investigation.

Clinton Harnden respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial. Failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this Motion for Continuance.

          Respectfully submitted,

          PHILIP G. GALLAGHER
          Federal Public Defender
          Southern District of Texas No. 566458
          New Jersey State Bar No. 2320341

          <u>By /s/ Tatiana Obando</u>
          Tatiana Obando
          Assistant Federal Public Defender
          Attorney-in-Charge
          New York State Bar ID No. 5068671
          Southern District of Texas No. 3326657
          Attorneys for Defendant
          440 Louisiana, Suite 1350
          Houston, Texas   77002-1056
              Telephone:  713.718.4600
              Fax:             713.718.4610

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant United States Attorney Christine Lu and determined that the United States is unopposed to this motion for continuance.

By /s/ Tatiana Obando<br>
Tatiana Obando

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2025, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Christine Lu.

By /s/ Tatiana Obando<br>
Tatiana Obando