United States District Court
Southern District of Texas
**ENTERED**
May 09, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:23-CR-586-1 |
| § | |
| CLINTON HARNDEN § | |
| DOB: 11/07/1984 § | |

### ORDER

Upon consideration of Government's Application for Writ of Habeas Corpus Ad Prosequendum, it is hereby ORDERED that the writ in the above-styled and numbered cause be issued as to Defendant Clinton Harnden, as prayed for in the Petition set out above.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Houston, Texas, this 9th day of May, 2025

Andrew S. Hanen
UNITED STATES DISTRICT JUDGE

5