# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                        Case Number: 4:23−cr−00586

Clinton Harnden

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Clinton Harnden as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/24/2025

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: May 16, 2025                                        Nathan Ochsner, Clerk