UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:23-CR-586-1 |
| | § | |
| CLINTON HARNDEN | § | |
| DOB: 11/07/1984 | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Nicholas Ganjei, United States Attorney in and for the Southern District of Texas, and Christine Lu, Assistant United States Attorney, and shows to the Court that Clinton Harnden, now confined to the custody of Brazos County Detention Center, Bryan, Texas, is a defendant in the above-captioned cause, which will be called for the purpose of Re-Arraignment and further proceedings in the United States District Court for the Southern District of Texas, Houston Division, Houston, Texas, before this Honorable Court on Tuesday, June 24th, 2025, at 08:30 A.M at Houston, Texas.

Petitioner further represents that Brazos County Detention Center, Brazos, Texas will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the defendant has been disposed of in the above-styled and numbered cause, defendant is to be returned by the said United States Marshal into the custody of the Brazos County Detention Center, Bryan, Texas, where prisoner now stands duly committed by law.

1

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum, directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of said defendant before this Court.

NICHOLAS GANJEI
UNITED STATES ATTORNEY

_____
Christine Lu
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:23-CR-586-1 |
| § | |
| CLINTON HARNDEN § | |
| DOB: 11/07/1984 § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Brazos County Detention Center
      1835 Sandy Point Road
      Bryan, TX 77807

TO:   United States Marshal, Southern District of Texas,
      or any other authorized United States Marshal

GREETINGS:

We command that you have the body of Clinton Harnden, who is now duly committed to the custody of the Brazos County Detention Center, Bryan, Texas, delivered under safe and secure conduct to the United States District Court for the Southern District of Texas, Houston Division, Houston, Texas, on Tuesday, June 24, 2025, at 8:30 A.M, and thereafter as the court sees fit, there and at that time for Order of the Court in the above-numbered cause now pending against him in said Court; and immediately after said proceeding shall have been disposed of, that you return him to the Brazos County Detention Center, Bryan, Texas, under safe and secure conduct, and have you then and there this Writ.

WITNESS the _____, United States District Judge for the Southern District of Texas, and the seal of said Court at the City of Houston, Texas, on this _____ day of June, 2025.

NATHAN OCHSNER, Clerk
United States District Court
Southern District of Texas

By: _____
          Deputy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| vs. | § CRIMINAL NO. 4:23-CR-586-1 |
| | § |
| **CLINTON HARNDEN** | § |
| **DOB: 11/07/1984** | § |

**ORDER**

Upon consideration of Government's Application for Writ of Habeas Corpus Ad Prosequendum, it is hereby ORDERED that the writ in the above-styled and numbered cause be issued as to Defendant Clinton Harnden, as prayed for in the Petition set out above.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Houston, Texas, this _____ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE

5