United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-23-586 |
| | § | |
| CLINTON HARNDEN | § | |

## ORDER OF REFERRAL

Counsel for Defendant has advised that Defendant now intends to plead guilty to all or certain charges brought against him by the Government

This matter is referred to United States Magistrate Judge Peter Bray for this purpose under Rules 10 and 11 of the Federal Rules of Criminal Procedure.

Final acceptance of the plea and imposition of sentence remains with this Court.

It is so **ORDERED**.

SIGNED this 18th day of June 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE